FILED - USDC -NH
2024 FEB 26 PM [illegible]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Cr. No.: 24-cr-19-PB-TSM-01 |
| | ) | |
| vs. | ) | 18 U.S.C. § 2252A(a)(2)(A) & (b)(1) |
| | ) | |
| **MARC JACQUES** | ) | |
| | ) | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1

(Distribution of Child Pornography – 18 U.S.C. §§ 2252A(a)(2)(A) & (b)(1))

On or about December 10, 2021, in the District of New Hampshire, the defendant,

### MARC JACQUES

knowingly distributed any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, specifically, the internet, in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

## NOTICE OF FORFEITURE

Upon conviction of one or more of the offenses alleged in Counts One and Two of this Information, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 2253, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the charged offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the charged offenses, including but not limited to: one HP Pavilion laptop; one HP Pavilion all-in-one computer; one Apple iPhone 8; one 32 GB USB drive; and one 16 GB USB drive.

Date:  February 26, 2024

JANE E. YOUNG
United States Attorney
District of New Hampshire

By: _____
Kasey A. Weiland
Assistant U.S. Attorney